um

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| TRANSFER OF JURISDICTION DR14CR1394 | | 1:07CR00740 |
| | | DOCKET NUMBER (Rec. Court) |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
| Guadalupe Raul Martinez | Illinois Northern | Eastern |
| | NAME OF SENTENCING JUDGE | |
| | Robert W. Gettleman | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/8/2012 | TO 11/7/2014 |

**FILED**

SEP 2 5 2014

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| OFFENSE |
|---|
| REENTRY OF DEPORTED ALIENS 8:1326A.F |

**FILED**

SEP 24 2014 / M

~~SEP 24 2014~~

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE     "Northern District of Illinois "

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the WD/TX upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

JUNE 10, 2014
_____
Date

*Robert W. Gettleman*
_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WD/TX

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/24/14
_____
Effective Date

_____
United States District Judge

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: YVETTE MONTANEZ
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
September 25, 2014

FILED

NOV 1 5 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE GETTLEMAN

| | |
|---|---|
| UNITED STATES OF AMERICA | 07 CR 740 |
| v. | Violation: Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4) |
| GUADALUPE RAUL MARTINEZ, also known as "Raul Martinez-Guadalupe" | |

MAGISTRATE JUDGE VALDEZ

The SPECIAL AUGUST 2006-2 GRAND JURY charges:

On or about October 11, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

GUADALUPE RAUL MARTINEZ,
also known as Raul Martinez-Guadalupe

defendant herein, an alien who previously had been deported and removed from the United States on or about October 23, 1997 and again on or about June 28, 2006, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK

By: _____
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
September 25, 2014

_____
UNITED STATES ATTORNEY

⬧AO 245B     (Rev. 06/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

| Northern | District of | Illinois - Eastern Division |

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| **v.** | |

**GUADALUPE  RAUL  MARTINEZ**

| Case Number: | 07 Cr 740  -1 |
| USM Number: | 16449-424 |

Robert A. Korenkiewicz
Defendant's Attorney

## THE DEFENDANT:

X  pleaded guilty to count(s)     1 of the indictment

☐  pleaded nolo contendere to count(s)
   which was accepted by the court.

☐  was found guilty on count(s)
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8  1326(a) and  (b)(2)<br>6  202(4) | illegally re-entering the United States after having  previously<br>been deported and removed from the United States on or about<br>October 23, 1997 and again on or about June 28, 2006. | Oct.  11, 2007 | 1 |

    The defendant is sentenced as provided in pages 2 through     5      of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has been found not guilty on count(s)

☐  Count(s) _____ ☐ is  ☐ are  dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

May 8, 2008
Date of Imposition of Judgment

Signature of Judge

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: _____ GONZALEZ
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
September 25, 2014

Judge ROBERT W. GETTLEMAN
Name and Title of Judge

May  8, 2008
Date

AO 245B   (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __2__ of __5__

DEFENDANT:       GUADALUPE  RAUL  MARTINEZ
CASE NUMBER:    07 Cr 740 -1

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

## SEVENTY (70) MONTHS.

Defendant is to participate in a comprehensive drug abuse treatment program.

X   The court makes the following recommendations to the Bureau of Prisons:
that the Bureau select the facilty at Sandstone, Minnesota, or an institution as close to Chicago, Illinois, as possible, as the designated institution

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

☐ at _____   ☐ a.m.   ☐ p.m.   on _____ .

☐ as notified by the United States Marshal.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

before 2 p.m.   _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
           Sheet 3 — Supervised Release

Judgment—Page __3__ of __5__

DEFENDANT:          GUADALUPE   RAUL   MARTINEZ
CASE NUMBER:        07 Cr 740   -1

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

TWO (2) YEARS.   If defendant is deported, he is not to re-enter the United States illegally.


    The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐    The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X    The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

X    The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐    The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐    The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

    If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)    the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)    the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)    the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)    the defendant shall support his or her dependents and meet other family responsibilities;

5)    the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)    the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)    the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)    the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)    the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)    the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)    the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)    the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)    as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Judgment — Page ___4___ of ___5___

DEFENDANT: **GUADALUPE RAUL MARTINEZ**
CASE NUMBER: 07 Cr 740  -1

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $  100.00 | $ ---- | $ ---- |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| **TOTALS** | $ _____0_____ | $ _____0_____ | |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the  ☐ fine  ☐ restitution.

☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Judgment — Page <u>5</u> of <u>5</u>

DEFENDANT: GUADALUPE RAUL MARTINEZ
CASE NUMBER: 07 Cr 740 -1

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A** X Lump sum payment of $ <u>100.00</u> due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

    The costs of incarceration and supervised release are waived.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

TERMED,VALDEZ

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6,1 (Chicago)
## CRIMINAL DOCKET FOR CASE #: 1:07-cr-00740-1
### Internal Use Only

Case title: USA v. Martinez

Date Filed: 11/15/2007
Date Terminated: 05/08/2008

Assigned to: Honorable Robert W. Gettleman

**Defendant (1)**

**Guadalupe Raul Martinez**
*TERMINATED: 05/08/2008*
*also known as*
Raul Martinez-Guadalupe
*TERMINATED: 05/08/2008*

represented by **Robert Allen Korenkiewicz**
Law Offices of Robert A. Korenkiewicz
20 North Clark Street
Suite 1200
Chicago, IL 60602
(312)368-8283
Email: bu3458@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Pending Counts**

REENTRY OF DEPORTED ALIENS
(1)

**Disposition**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of Seventy (70) Months. Upon release from imprisonment the defendant shall be on supervised release for a term of Two (2) Years. Criminal monetary penalties. Schedule of payments.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Highest Offense Level (Terminated)**

None

**Disposition**



A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: MY FONLANEZ
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
September 25, 2014

| Complaints | Disposition |
|---|---|
| 8:1326A.F reentry of deported aliens | |

**Plaintiff**

**USA**                                              represented by   **Christopher R McFadden**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
312 353 1931
Email: christopher.mcfadden@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**AUSA**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Pretrial Services**
.
(312) 435-5793
Email:
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*

**Probation Department**
.
408-5197
Email: Intake_Docket_ILNP@ilnp.uscourts.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/09/2007 | 1 | COMPLAINT signed by Judge Maria Valdez as to Guadalupe Raul Martinez (1) (emd, ) (Entered: 11/15/2007) |
| 11/09/2007 | 2 | MINUTE entry before Judge Maria Valdez : Arrest warrant issued as to Guadalupe Raul Martinez. Mailed notice (emd, ) (Entered: 11/15/2007) |
| 11/09/2007 | 🔒 | ARREST WARRANT issued as to Guadalupe Raul Martinez (emd, ) (Entered: 11/15/2007) |
| 11/13/2007 | | ARREST of defendant Guadalupe Raul Martinez (emd, ) (Entered: 11/15/2007) |

| 11/13/2007 | 3 | MINUTE entry before Judge Nan R. Nolan :Initial Appearance proceedings held. Defendant Guadalupe Raul Martinez appears in response to arrest on 11/13/07. Defendant informed of his rights. Enter order appointing Robert A. Korenkiewicz of Federal Defender Program as counsel for defendant. Government's oral motion for pretrial detention is granted. Detention Hearing set for 11/16/2007 at 10:30 AM. Government's oral motion for leave is granted. Government to contact Mexican Consulate. Defendant shall remain in custody pending further order of court. Mailed notice (emd, ) (Entered: 11/15/2007) |
| --- | --- | --- |
| 11/13/2007 | 4 | ATTORNEY Appearance for defendant Guadalupe Raul Martinez by Robert Allen Korenkiewicz (emd, ) (Entered: 11/15/2007) |
| 11/13/2007 | 5 | FINANCIAL AFFIDAVIT filed by Guadalupe Raul Martinez (Redacted image) (emd, ) (Entered: 11/15/2007) |
| 11/15/2007 | | Judge update in case as to Guadalupe Raul Martinez. Judge Robert W. Gettleman added. Judge Maria Valdez no longer assigned to case. (emd, ) (Entered: 11/16/2007) |
| 11/15/2007 | 6 | INDICTMENT as to Guadalupe Raul Martinez (1) count(s) 1 (Redacted image) (emd, ) (Entered: 11/16/2007) |
| 11/15/2007 | 7 | DESIGNATION Sheet: FELONY (Category 4). (emd, ) (Entered: 11/16/2007) |
| 11/15/2007 | 8 | MINUTE entry before Judge Nan R. Nolan : No bond set; detained by Magistrate. Defendant is currently in the custody of the U.S. Marshal's Service and is being held at the Metropolitan Correctional Center. (emd, ) (Entered: 11/16/2007) |
| 11/16/2007 | 9 | NOTICE of Arraignment as to Guadalupe Raul Martinez before Honorable Geraldine Soat Brown on 11/21/2007 at 09:30 AM. for Judge Gettleman.(emd, ) (Entered: 11/16/2007) |
| 11/16/2007 | 10 | MINUTE entry before Judge Nan R. Nolan : Case called for detention hearing. Defendant having been indicted, parties to proceed before the district court. Defendant to remain in custody until further order of the Court. Mailed notice (emd, ) (Entered: 11/19/2007) |
| 11/21/2007 | 11 | MINUTE entry before Judge Geraldine Soat Brown : Case called for arraignment. Defendant Guadalupe Raul Martinez does not appear. Arraignment set for 11/21/07 is stricken and reset to 11/28/07 at 8:30 a.m. Mailed notice (emd, ) (Entered: 11/26/2007) |
| 11/27/2007 | 12 | MINUTE entry before Judge Geraldine Soat Brown : The minute order dated 11/21/07 is amended as follows: Arraignment set for 11/21/07 is stricken and reset to 11/28/07 at 10:45 a.m Notice mailed by judge's staff (ntf, ) (Entered: 11/27/2007) |
| 11/28/2007 | 13 | MINUTE entry before Judge Geraldine Soat Brown : Arraignment held. Defendant informed of his rights. Defendant waives formal reading of indictment. Defendant enters plea of not guilty to the count in the Indictment. Rule 16.1(A) conference to be held on or before 11/30/07. Pretrial motions shall be filed on or before 12/12/07. Status hearing before Judge Gettleman is set for 12/12/07 at 09:15 a.m. On the government's motion and the defendant not objecting, the court finds that the time until the status before the District Judge shall be excluded pursuant to 18 U.S.C. 3161(h)(1) and U.S. v. Tibboel, 753 F.2d 608 (7th Cir. 1985). Mailed notice (emd, ) |

| | | |
|---|---|---|
| | | (Entered: 11/29/2007) |
| 12/12/2007 | 14 | MINUTE entry before Judge Robert W. Gettleman: Status hearing held on 12/12/2007. The Court deems the period of time from 12/12/2007 through 2/19/2008 excludable under 18 USC Sect. 3161(h)(8)(B)(iv). Status hearing set for 2/19/2008 at 09:00 a.m. Mailed notice (gds, ) (Entered: 12/14/2007) |
| 02/19/2008 | 15 | MINUTE entry before Judge Robert W. Gettleman: as to Guadalupe Raul Martinez: Status hearin held. The Court deems the period of time from 2/19/2008 through 2/22/2008 excludable under 18 USC Section 3161(h)(8)(B)(iv). Change of Plea Hearing set for 2/22/2008 at 2:00 p.m. Mailed notice (gds,) (Entered: 02/20/2008) |
| 02/22/2008 | 16 | MINUTE entry before Judge Robert W. Gettleman as to Guadalupe Raul Martinez, Status hearing held. Defendant withdraws plea of not guilty and enters plea of guilty to count 1 of the indictment. Defendant advised of rights. Enter finding of guilty. Cause referred to probation dept. for presentence investigation and report. The probation officer will give copies of any documents used to compute criminal history and offense level to counsel for all parties on request. Sentencing is set for 5/8/2008, at 10:00 a.m. Mailed notice (emd, ) (Entered: 02/26/2008) |
| 02/22/2008 | 17 | PLEA Agreement as to Guadalupe Raul Martinez (emd, ) (Entered: 02/27/2008) |
| 05/08/2008 | 18 | JUDGMENT (Sentencing Order) as to Guadalupe Raul Martinez (1), Count(s) 1, The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of Seventy (70) Months. Upon release from imprisonment the defendant shall be on supervised release for a term of Two (2) Years. Criminal monetary penalties. Schedule of payments., Guadalupe Raul Martinez terminated. Signed by Judge Robert W. Gettleman on 5/8/08.Mailed notice (emd, ) (Entered: 05/09/2008) |
| 05/09/2008 | | JUDGMENT and Commitment as to Guadalupe Raul Martinez issued to U.S. Marshal (emd, ) (Entered: 05/09/2008) |
| 04/09/2009 | 19 | ENTERED In Error.(emd, ) . Modified on 9/25/2014 (ym, ). (Entered: 04/13/2009) |
| 09/24/2014 | 20 | SUPERVISED Release Jurisdiction Transferred to Western District of Texas as to Guadalupe Raul Martinez Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (ym, ) (Entered: 09/25/2014) |
| 09/25/2014 | 21 | NOTICE of Correction regarding 19 as to Guadalupe Raul Martinez. (ym, ) (Entered: 09/25/2014) |
| 09/25/2014 | 22 | CERTIFIED and Transmitted to the Western District of Texas the electronic record consisting of the transmittal letter with CM instructions, certified copies of transfer of jurisdiction, indictment, judgment and docket sheet as to Guadalupe Raul Martinez via email. (ym, ) (Entered: 09/25/2014) |