# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 06, 2016

**FILED**
JAN 0 6 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

Ms. Jeannette Clack
Western District of Texas, Del Rio
United States District Court
111 E. Broadway Street
Room L100
Del Rio, TX 78840-0000

No. 15-50234    USA v. Guadalupe Martinez
                USDC No. 2:14-CR-1394-1

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: _Melissa Mattingly_
Melissa V. Mattingly, Deputy Clerk
504-310-7719

cc:
   Mr. Joseph H. Gay Jr.
   Mr. Guadalupe Raul Martinez

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 15-50234
Conference Calendar

D.C. Docket No. 2:14-CR-1394-1

United States Court of Appeals
Fifth Circuit
**FILED**
December 15, 2015
Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

GUADALUPE RAUL MARTINEZ, also known as Raul Martinez-Guadalupe,

    Defendant - Appellant

Appeal from the United States District Court for the
Western District of Texas, Del Rio

Before JONES, SOUTHWICK, and COSTA, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the appeal is dismissed as frivolous.

Certified as a true copy and issued
as the mandate on Jan 06, 2016

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

Case 2:14-cr-01394-HLH   Document 25   Filed 01/06/16   Page 3 of 4

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 15-50234
Conference Calendar

United States Court of Appeals
Fifth Circuit
**FILED**
December 15, 2015
Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

          Plaintiff-Appellee

v.

GUADALUPE RAUL MARTINEZ, also known as Raul Martinez-Guadalupe,

          Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:14-CR-1394-1

Before JONES, SOUTHWICK, and COSTA, Circuit Judges.

PER CURIAM:[*]

  The Federal Public Defender appointed to represent Guadalupe Raul Martinez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Martinez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.